Dale C. Campbell, State Bar No. 99173
Scott M. Hervey, State Bar No. 180188
Zach Wadlé, State Bar No. 231404
**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
Nordic Turbines, Inc.

Sanjay Bhandari, State Bar No. 181920
April M. Wurster, State Bar No. 228038
**BAKER & McKENZIE, LLP**
12544 High Bluff Drive, Third Floor
San Diego, California 92130-3051
(858) 523-6200 – Main
(858) 259-8290 – Facsimile

Attorneys for Plaintiff
Nordic Windpower USA, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NORDIC WINDPOWER USA, INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>NORDIC TURBINES, INC., a Nevada corporation (now known as GC China Turbine Corp.)<br><br>Defendant. | Case No. CV 09-03672-PJH<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES TO FACILITATE ONGOING SETTLEMENT DISCUSSIONS<br><br>The Hon. Phyllis J. Hamilton |

Plaintiff Nordic Windpower USA, Inc. ("Plaintiff") and defendant GC China Turbine, Inc., formerly known as Nordic Turbines, Inc. ("Defendant"), by and through their counsel of record, hereby submit the following stipulation to continue the Initial Case Management

Conference and related deadlines to facilitate the parties' active and ongoing settlement negotiations. Accordingly, Plaintiff and Defendant stipulate as follows:

1. Plaintiff filed its original complaint in this action on August 11, 2009 and filed its first amended complaint on December 23, 2009.

2. Plaintiff previously moved to change the date of the Initial Case Management in order to effectuate service and to allow adequate time to comply with FRCP 26(f) and to prepare the Joint Case Management Statement.

3. By Order dated December 23, 2009, this Court granted Plaintiff's motion to move the Initial Case Management Conference from December 17, 2009 to February 25, 2010. The Court further set the following dates:

- Defendant's Answer is due January 8, 2010;
- The parties shall meet and confer pursuant to FRCP 26(f) on or before January 25, 2010;
- The parties shall file a Joint Case Management Statement on or before February 18, 2010; and
- The parties shall exchange Initial Disclosures on or before February 15, 2010.

4. Pursuant to Stipulation to Extend Time to Respond to Complaint, Defendant filed its answer on January 22, 2010.

5. The parties have been actively discussing settlement and have made substantial progress in reaching an agreement. The settlement discussions are complicated by the fact that the parties to this litigation, through related entities, have other contractual relationships not directly related to the lawsuit but which all have to be resolved as part of a global settlement agreement. Additionally, many of Defendant's decision-makers are Chinese, which further complicates settlement communications.

6. The parties met and began the conference pursuant to FRCP Rule 26(f) on January 22, 2010, consistent with the Court's December 3, 2009 Order. During the meet-and-confer process, counsel for both parties agreed that the settlement discussions had proceeded to such a degree that it would be most prudent to stipulate to request a continuance

1 of the Initial Case Management Conference and related deadlines in order to conserve judicial
2 time and litigation costs.

3     7. The parties and their counsel request this continuance because they are
4 sufficiently encouraged that a final settlement will be reached. Although some issues are still
5 being negotiated, the parties believe they are close enough that they have begun drafting a
6 settlement agreement. The parties have agreed to jointly request a continuance of the
7 February 25, 2010 Initial Case Management Conference for a period of two months to
8 facilitate those negotiations. The parties similarly jointly request that all related deadlines be
9 continued for two months.

    8. Therefore, Plaintiff and Defendant, by and through their counsel of record, hereby stipulate to, and request the Court approve, the following new dates or dates near these suggested dates as will accommodate the Court's calendar:

    a. The Initial Case Management Conference currently set for February 25, 2010, is continued to April 22, 2010, at 2:00 p.m., in Courtroom 3, Third Floor, Federal Building, 1301 Clay Street, Oakland, California;

    b. The parties shall complete their meet-and-confer conference pursuant to FRCP Rule 26(f) on or before March 22, 2010;

    c. The parties shall file a Joint Case Management Statement on or before April 15, 2010; and

    d. The parties shall exchange Initial Disclosures on or before April 12, 2010.

IT IS SO STIPULATED.

Dated: February 5, 2010          BAKER & McKENZIE, LLP

                                      By:   /s/ Sanjay Bhandari
                                              Sanjay Bhandari
                                              Attorneys for Plaintiff
                                              Nordic Windpower USA, Inc.

///

Dated: February 5, 2010

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: /s/ Dale C. Campbell
    Dale C. Campbell
    Attorneys for Defendant
    Nordic Turbines, Inc.

ORDER

IT IS SO ORDERED.

Dated: **FEB** 1 2 2010

_____
The Honorable Phyllis J. Hamilton
Judge, United States District Court