JAMES M. NELSON – SBN 116442
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
nelsonj@gtlaw.com

Attorneys for Defendant
Nordic Turbines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORDIC WINDPOWER USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORDIC TURBINES, INC., a Nevada corporation (now known as GC China Turbine Corp.),<br><br>Defendant. | CASE NO. CV-09-03672-PJH<br><br>SUBSTITUTION OF COUNSEL FOR DEFENDANT NORDIC TURBINES, INC. AND [~~PROPOSED~~] ORDER |

# SUBSTITUTION OF COUNSEL

Defendant Nordic Turbines, Inc. hereby substitutes James M. Nelson of the law firm of Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, California 95814; telephone (916) 442-1111, facsimile (916) 448-1709, as its counsel of record in the above-entitled action in place of the law firm of Weintraub Genshlea Chediak.

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: February 15, 2010     NORDIC TURBINES, INC.

By: /s/ Marcus Laun
    Marcus Laun, Director

I consent to the foregoing substitution.

Dated: February 16, 2010     WEINTRAUB GENSHLEA CHEDIAK

By: /s/ Dale C. Campbell
    Dale C. Campbell
    Scott M. Hervey
    Zach Wadlé

I agree to the foregoing substitution.

Dated: February 12, 2010     GREENBERG TRAURIG, LLP

By: /s/ James M. Nelson
    James M. Nelson
    Attorneys for Defendant
    Nordic Turbines, Inc.

## ORDER

IT IS SO ORDERED.

Dated: February 23, 2010     _____
    United States Dis