1  JAMES M. NELSON – SBN 116442
   GREENBERG TRAURIG, LLP
2  1201 K Street, Suite 1100
   Sacramento, CA 95814-3938
3  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
4  nelsonj@gtlaw.com

5  Attorneys for Defendant
   Nordic Turbines, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11

12 NORDIC WINDPOWER USA, INC., a              CASE NO. CV-09-03672-PJH
   Delaware corporation,
13                                            SUBSTITUTION OF COUNSEL FOR
            Plaintiff,                        DEFENDANT NORDIC TURBINES, INC.
14                                            AND [~~PROPOSED~~] ORDER
   v.
15
   NORDIC TURBINES, INC., a Nevada
16 corporation (now known as GC China Turbine
   Corp.),
17
            Defendant.
18

SUBSTITUTION OF COUNSEL

Defendant Nordic Turbines, Inc. hereby substitutes James M. Nelson of the law firm of Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, California 95814; telephone (916) 442-1111, facsimile (916) 448-1709, as its counsel of record in the above-entitled action in place of the law firm of Weintraub Genshlea Chediak.

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: February 15, 2010                NORDIC TURBINES, INC.

                                        By: /s/ Marcus Laun
                                            Marcus Laun, Director

I consent to the foregoing substitution.

Dated: February 16, 2010                WEINTRAUB GENSHLEA CHEDIAK

                                        By: /s/ Dale C. Campbell
                                            Dale C. Campbell
                                            Scott M. Hervey
                                            Zach Wadlé

I agree to the foregoing substitution.

Dated: February 12, 2010                GREENBERG TRAURIG, LLP

                                        By: /s/ James M. Nelson
                                            James M. Nelson
                                            Attorneys for Defendant
                                            Nordic Turbines, Inc.

ORDER

IT IS SO ORDERED.

Dated: February 23, 2010                _____
                                        United States Dis[trict Judge]
                                        [Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]