Sanjay Bhandari (SBN 181920)
**BAKER & McKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
Telephone: +1 858 523 6200
Facsimile:  +1 858 259 8290
sanjay.bhandari@bakernet.com

Attorneys for Plaintiff
NORDIC WINDPOWER USA, INC.

James M. Nelson (SBN 116442)
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
nelsonj@gtlaw.com

Attorneys for Defendant
NORDIC TURBINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORDIC WINDPOWER USA, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>NORDIC TURBINES, INC., a Nevada corporation (now known as GC China Turbine Corp.)<br><br>               Defendant. | **Case No. CV 09-03672 PJH**<br><br>**Honorable Phyllis J. Hamilton**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**Trial Date: July 7, 2011**<br>**Time: 8:30 a.m.**<br>**Dept. Ctrm. 3, 3rd Floor** |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/710043.1
*SAC 441,889,569v1 1-3-11*

Case No. CV 09-03672 PJH
STIPULATED DISMISSAL WITH PREJUDICE

The parties have entered into a Settlement Agreement. Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff NORDIC WINDPOWER USA, INC., and Defendant NORDIC TURBINES, INC. (now known as GC China Turbine Corp.), by and through their respective attorneys of record, that the above-captioned action including all claims, counterclaims and defenses, shall be dismissed with prejudice pursuant to the terms of the Settlement Agreement and Federal Rule of Civil Procedure 41.

Except as otherwise provided by the Settlement Agreement, each party shall bear their own attorney's fees, costs and expenses.

Respectfully submitted,

BAKER & McKENZIE LLP

Dated: January 10, 2011    By: /s/ Sanjay Bhandari
                               Sanjay Bhandari
                               Attorneys for Plaintiff
                               NORDIC WINDPOWER USA, INC.

GREENBERG TRAURIG, LLP

Dated: January 10, 2011    By: /s/ James M. Nelson
                               James M. Nelson
                               Attorneys for Defendant NORDIC TURBINES, INC.
                               (now known as GC China Turbine Corp.)

**ATTESTATION UNDER GENERAL ORDER NO. 45 § X.B.**

As required by General Order No. 45, § X.B., I hereby attest that concurrence in the filing of the document has been obtained from the other signatory to this Stipulation.

By: /s/ Sanjay Bhandari
    Sanjay Bhandari

IT IS SO ORDERED
/s/ Judge Phyllis J. Hamilton
1/13/11

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/710045.1
*SAC 441,889,569v1 1-3-11*

1

Case No. CV 09-03672 PJH
STIPULATED DISMISSAL WITH PREJUDICE